PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALICIA TAYSE, | ) | |
| | ) | CASE NO. 1:25-cv-1936 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

On August 14, 2026, the assigned magistrate judge issued a Report and Recommendation ("R&R") urging the Court to affirm the Commissioner of Social Security's decision denying her applications for Period Disability Insurance and Disability Insurance Benefits. *See* ECF No. 10.

The Federal Magistrates Act requires a district court to review *de novo* only those portions of an R&R to which appropriate objection has been made. *See* 28 U.S.C. § 636(b)(1)(C). Parties must file any objections within fourteen days. *See id*.; Fed. R. Civ. P. 72(b)(2). Failure to timely object waives the right to appeal. *See Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Absent objections, a district court may adopt a R&R without review. *See Thomas*, 474 U.S. at 149.

Objections to this R&R were due no later than August 28, 2026. None were filed.

Accordingly, the Court adopts the R&R, *see* ECF No. 10, affirming the Commissioner's decision.

IT IS SO ORDERED.

August 31, 2026
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge